HYMAN STROMBERG ET AL., PROSECUTORS, v. CITY OF
CAMDEN ET AL., DEFENDANTS.

Argued April 21, 1937—Decided April 23, 1937.

Before Justices PARKER, LLOYD and DONGES.

For the prosecutors, Carl Kisselman, Anthony J. Siracusa
and Merritt Lane.

For the defendants, Firmin Michel.

PER CURIAM.

A writ of certiorari will be allowed, but on terms that it
be returnable at the opening day of the May term, 1937, of
this court, the case noticed for argument and be orally argued
at said term, and in default thereof the writ to be dismissed
unless then otherwise ordered by the court.

No depositions appear to be necessary, and the complete
record has been printed and was submitted to the court on
this motion.